STATE OF CONNECTICUT *v.* ANDREW HARRIS
(3779)

BORDEN, SPALLONE and BIELUCH, Js.

Argued May 6—decision released May 27, 1986

*John J. Bennett* filed a brief for the appellant (defendant).

*John H. Malone,* assistant state's attorney, with whom, on the brief, was *John M. Bailey,* state's attorney, for the appellee (state).

PER CURIAM. At oral argument it was disclosed to the court that the defendant, who was appealing his criminal conviction, died on April 2, 1986. Thus, the appeal is moot. *State* v. *Grasso,* 172 Conn. 298, 299, 374 A.2d 239 (1977).

The appeal is dismissed.